BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant HOMA SAMADI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOMA SAMADI, EHSON KHOJAZADA,<br><br>Defendants. | No. CR 09-0090 DLJ<br><br>STIPULATION AND ORDER CONTINUING STATUS DATE; EXCLUSION OF TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date for Homa Samadi and Ehson Khojazada, currently scheduled for Friday, September 18, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, October 9, 2009 at 9:00 a.m. for status. The reason for the continuance is that defense counsel is continuing with their investigation and the parties are also discussing a disposition. Should the Court continue the status date to October 9, 2009, it may allow counsel sufficient time to continue with the investigation and for the parties to continue to discuss a disposition which would encompass both defendants. The

*U S v. Homa Samadi, Ehson Khojazada* 09-
090 DLJ; Stip. Continuing Status Date         - 1 -

1  parties stipulate that the time from September 22, 2009, to October 9, 2009 should be excluded in

2  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for

3  adequate preparation of counsel so that counsel can continue investigation and the parties can

4  continue to discuss a disposition.

5

6  DATED: 9/17/09                              ___/s/_____
                                                JOYCE LEAVITT
7                                               Attorney for Homa Samadi

8
   DATED: 9/17/09                              ___/s/_____
9                                               HUGH ANTHONY LEVINE
                                                Attorney for Ehson Khojazada
10

11

12 DATED: 9/17/09                              _____/s/_____
                                                DEBORAH DOUGLAS
13                                              Assistant United States Attorney

14

15      I hereby attest that I have on file all holographed signatures for any signatures indicated by a
   conformed signature (/s/) within this e-filed document.
16

17

18

19

20

21

22

23

24

25

26

*U S v. Homa Samadi, Ehson Khojazada* 09-
090 DLJ; Stip. Continuing Status Date          - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Friday, September 18, 2009 before Honorable D. Lowell Jensen, is hereby continued to Friday, October 9, 2009, at 9:00 a.m. for status.

IT IS FURTHER ORDERED that the time from September 18, 2009 to October 9, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel can continue with the investigation in this matter and the parties can continue to discuss a potential disposition of this case. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: September 21, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge

*U S v. Homa Samadi, Ehson Khojazada* 09-090 DLJ; Stip. Continuing Status Date     - 3 -