BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant HOMA SAMADI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOMA SAMADI, EHSON KHOJAZADA,<br><br>Defendants. | No. CR 09-0090 DLJ<br><br>STIPULATION AND ORDER CONTINUING STATUS DATE; EXCLUSION OF TIME |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date for Homa Samadi and Ehson Khojazada, currently scheduled for Friday, October 9, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, October 30, 2009 at 9:00 a.m. for status or disposition. The reason for the continuance is that the parties are discussing a disposition and defense counsel has additional discovery to provide to the government in support of the disposition which the government will then need time to consider and investigate. Should the Court continue the status date to October 30, 2009, it should allow counsel sufficient time to provide

1  the additional discovery to the government and for the parties to determine how to proceed.  The
2  parties stipulate that the time from October 9, 2009 to October 30, 2009, should be excluded in
3  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for
4  adequate preparation of counsel so that counsel can continue investigation and the parties can
5  continue to discuss a disposition.
6
7  DATED: 10/7/09				       /s/			
				JOYCE LEAVITT
8				Attorney for Homa Samadi
9
10 DATED: 10/7/09				       /s/			
				HUGH ANTHONY LEVINE
11				Attorney for Ehson Khojazada
12
13 DATED: 10/7/09				       /s/			
				DEBORAH DOUGLAS
14				Assistant United States Attorney
15
16     I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.
17
18
...
26

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Friday, October 9, 2009 before Honorable D. Lowell Jensen, is hereby continued to Friday, October 30, 2009, at 9:00 a.m. for status or disposition.

IT IS FURTHER ORDERED that the time from October 9, 2009, to October 30, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel can provide additional discovery and the parties can continue to discuss a potential disposition of this case. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:    October 9, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge