1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SAMADI
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      )  No. CR 09-00090 DLJ
12             Plaintiff,             )
                                      )  STIPULATION AND
13      v.                            )  **ORDER** MODIFYING CONDITIONS
                                      )  OF PROBATION TO ALLOW
14 HOMA SAMADI & EHSON                )  TRAVEL TO SAUDI ARABIA
   KHOJAZADA,                         )
15                                    )
                                      )
16             Defendants.            )

17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

19 probation for Homa Samadi and Ehson Khojazada may be modified to allow Ms. Samadi and Mr.

20 Khojazada to travel to Jeddah, Saudi Arabia, so long as they provide an itinerary to their probation

21 officer prior to their departure. United States Probation Officer Wayne Mirikitani, who supervises

22 both Ms. Samadi and Mr. Khojazada has been notified and does not object to this requested

23

24 modification. It is anticipated that Ms. Samadi and Mr. Khojazada will travel to Saudi Arabia within

25 the next couple of months and stay there for no more than two weeks. However, the itinerary will be

26 provided to Mr. Mirikitani prior to their departure.

*U.S. v. Homa Samadi, Ehson Khojazada*,
CR 09-00090 DLJ; Travel Order            - 1 -

1 | DATED: 6/21/11                                    /s/
2 |                                                    JOYCE LEAVITT
  |                                                    Assistant Federal Public Defender
3 |
4 | DATED: 6/21/11                                    /s/
  |                                                    CHINHAYI COLEMAN CADET
5 |                                                    Assistant United States Attorney
6 |
7 |     I hereby attest that I have on file all holographed signatures for any signatures indicated by a
8 | conformed signature "/s/" within this e-filed document.
9 |
10 |                                    **ORDER**
11 |    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of probation for
12 | Homa Samadi and Ehson Khojazada may be modified to allow Ms. Samadi and Mr. Khojazada to
13 | travel to Jeddah, Saudi Arabia, so long as they provide an itinerary to their probation officer prior to
14 | their departure.
15 |
16 |    SO ORDERED.
17 | DATED:    June 28, 2011                           _____
18 |                                                    D. LOWELL JENSEN
   |                                                    United States District Judge

*U.S. v. Homa Samadi, Ehson Khojazada*,
CR 09-00090 DLJ; Travel Order                - 2 -